**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>INDERPAL BAL, et al.,<br><br>  Defendants. | No. 2:19-CV-1971-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 31, which the Court construes as a motion directing the Clerk of the Court to provide Plaintiff copies of filed documents. Specifically, Plaintiff seeks a copy of his second amended complaint, ECF No. 23, and the Court's order directing service thereof, ECF No. 26. Plaintiff does not set forth the need for copies and has not provided the necessary fee of 50 cents per page copying charge.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request, ECF No. 31, is construed as a motion for copies and, so construed, is denied.

Dated: March 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1