IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INDERPAL BAL, et al.,<br><br>　　　　　Defendants. | No. 2:19-CV-1971-TLN-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 47, for summary judgment, which was filed before any defendant answered the operative complaint.

　　　　A motion for summary judgment or adjudication filed before an answer has been filed results in uncertainty as to which allegations are in dispute and which are not, making it impossible to evaluate which disputes might raise genuine issues of material fact. See Mohamed v. Jeppesen Dataplan, Inc., 579 F.3d 943, 961, n.9 (9th Cir. 2009); see also Vining v. Runyon, 99 F.3d 1056, 1058 (11th Cir. 1996) ("A premature decision on summary judgment impermissibly deprives the [defendants] of their right to utilize the discovery process to discover the facts necessary to justify their opposition to the motion").

/ / /

/ / /

1

1           Because Plaintiff's motion for summary judgment is premature procedurally given
2   that the case was not yet at issue when it was filed, the Court will strike it from the docket.  The
3   Court does so without expressing any opinion as to the merits of Plaintiff's motion and without
4   prejudice to Plaintiff renewing the arguments offered in favor of summary judgment at an
5   appropriate time as ordered by the Court after an answer has been filed and the case has been
6   scheduled.  Finally, to the extent Plaintiff seeks summary disposition in his favor by way of
7   default judgments based on failure to respond to the operative complaint, the motion is premature
8   because no defaults have been entered on the docket by the Clerk of the Court.
9           The Court will address Defendant's pending motion to dismiss separately by
10  findings and recommendations to the District Judge.
11          Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary
12  judgment, ECF No. 47, is stricken and terminated as a pending motion, without prejudice to
13  renewal at a later stage in the proceedings.

15  Dated:  September 20, 2022

                                            _____
                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE