IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES, | No. 2:19-CV-1971-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| INDERPAL BAL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 58, for an extension of time to file objections to the Court's January 25, 2023, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to delayed receipt of the Court's findings and recommendations, Plaintiff's motion is granted. The parties may file objections within 20 days of the date of this order.

IT IS SO ORDERED.

Dated: February 9, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1