UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>INDERPAL BAL, et al.,<br><br>        Defendants. | No. 2:19-CV-01971-TLN-DMC<br><br>**ORDER** |

     Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

     On January 25, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 25, 2023, are ADOPTED IN FULL;

2. Defendant Lizzaraga's unopposed motion to dismiss (ECF No. 50) is GRANTED;

3. Defendant Lizzaraga is DISMISSED with prejudice as a defendant to this action;

4. Plaintiff's motion for a more definite statement (ECF No. 60) is DENIED; and

5. The matter is referred back to the assigned magistrate judge for pre-trial scheduling.

**Date: March 27, 2023**

_____
Troy L. Nunley
United States District Judge