IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY JONES,**<br><br>Plaintiff,<br><br>v.<br><br>**INDERPAL BAL, et al.,**<br><br>Defendants. | Case No. 2:19-cv-01971-TLN-DMC-P<br><br>**ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT**<br><br>Judge:        The Hon. Dennis M. Cota<br>Trial Date:    Not Set<br>Action Filed: September 28, 2019 |

Good cause appearing, IT IS HEREBY ORDERED that:

Defendants' request to opt-out of this Court's Post-Settlement Alternative Dispute Resolution Project is GRANTED. This action is released from the Court's Post-Screening Alternative Dispute Resolution Project. The Court will separately issue an order lifting the stay, designating a new deadline for Defendants' responsive pleading, and providing a new briefing schedule.  The Clerk of the Court is directed to lift the stay of proceedings imposed on April 3, 2023

**IT IS SO ORDERED.**

**Dated:  May 4, 2023**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1