**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>INDERPAL BAL, et al.,<br><br>    Defendants. | No. 2:19-CV-1971-TLN-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 73, for a seven-day extension of time to file a reply brief in support of his pending motions to compel discovery. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to lack of various supplies necessary to prepare his reply, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 73, is GRANTED.

2. Plaintiff may file a reply brief in support of his pending motions to compel within seven days of the date of this order.

Dated:  January 17, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE