IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES, | No. 2:19-CV-1971-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| INDERPAL BAL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment. See ECF No. 80. Good cause appearing therefor, Plaintiff's motion will be granted, and Plaintiff's opposition brief filed on May 13, 2024, will be deemed timely. The merits of Defendants' motion for summary judgment, Defendants' evidentiary objections, and Defendants' motions to strike, will be addressed separately.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment, ECF No. 80, is GRANTED.

2. Plaintiff's opposition brief filed on May 13, 2024, ECF No. 83, is deemed timely.

Dated: June 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE